IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| GEORGE ROWE, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 06-PWG-1861-S |
| | ) |
| KENNETH JONES, WARDEN; ATTORNEY GENERAL FOR THE STATE OF ALABAMA, | ) ) |
| | ) |
| Respondents. | ) |

MEMORANDUM OF OPINION

The magistrate judge filed findings and recommendation on September 21, 2006. On October 2, 2006 petitioner filed objections to the findings and recommendation.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the findings and recommendation and the objections filed by the petitioner, the Court is of the opinion that the magistrate judge's findings are due to be and are hereby ADOPTED and his recommendation is ACCEPTED. Accordingly, petitioner's objections are due to be OVERRULED and the petition for writ of habeas corpus is due to be DISMISSED. A Final Judgment will be entered.

As to the foregoing it is SO ORDERED this the 19th day of October 2006.

_____
INGE PRYTZ JOHNSON
U.S. DISTRICT JUDGE